924

OCTOBER 30, 1967.

No. 588, Misc. YATES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Petition for writ of certiorari dismissed October 30, 1967, pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 6, 1967.

No. 498. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* FOUR COUNTIES WATER USERS ASSOCIATION ET AL. Sup. Ct. Colo. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 882, Misc. IN RE DISBARMENT OF POWELL. It is ordered that Diana Kearny Powell of Washington, District of Columbia, be suspended from the practice of law in this Court and that a rule issue, returnable within forty days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.